# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

158466

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVE WYNALE GRIFFIN,
      Defendant-Appellant.

SC: 158466
COA: 338160
Jackson CC: 16-004348-FH

_____/

By order of April 30, 2019, the application for leave to appeal the April 23, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Beck* (Docket No. 152934) and *People v Dixon-Bey* (Docket No. 156746). On order of the Court, *Beck* having been decided on July 29, 2019, 504 Mich ___ (2019), and leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

b1216